the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE BRANDEIS took no part in the consideration or decision of this application. *Mr. Frank E. Karelsen, Jr.* for petitioners. *Messrs. Alexander P. Stewart* and *Joseph W. Jamison* for respondent.

No. 961. PENNSYLVANIA PUBLIC UTILITY COMM'N *v.* UNION TRACTION CO. ET AL. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Joseph Ominsky* and *Charles J. Margiotti* for petitioner. *Messrs. Francis Shunk Brown* and *Joseph Gilfillan* for respondent.

No. 899. SHAMA *v.* UNITED STATES. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry C. Shull* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 901. BANKERS MORTGAGE CO. ET AL. *v.* MOTTER, COLLECTOR OF INTERNAL REVENUE. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Thomas M. Lillard* and *Otis S. Allen* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Warren F. Wattles* for respondent.